FILED
2026 Sep-08 PM 06:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

FILED
2026 SEP -8 P 5:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States of America
v.
Brandon Jamar Simpson
*Defendant(s)*

Case No. 3:26-mj-1175-HNJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 11, 2026 in the county of Lawrence in the Northern District of Alabama, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Transmission of a Threat to Injure |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

RYAN WINDHAM Digitally signed by RYAN WINDHAM Date: 2026.09.08 17:44:42 -05'00'
*Complainant's signature*

Ryan Windham, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/08/2026

Herman N. Johnson, Jr. Digitally signed by Herman N. Johnson, Jr. Date: 2026.09.08 17:52:02 -05'00'
*Judge's signature*

City and state: Huntsville, Alabama

Herman N. Johnson, Jr., U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF IN THE MATTER OF THE CRIMINAL COMPLAINT AGAINST BRANDON JAMAR SIMPSON | Case No. 3:26-mj-1175-HNJ<br>Filed Under Seal |

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan J. Windham, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is made in support of an application under Rules 3 and 4 of the *Federal Rules of Criminal Procedure* for a criminal complaint and arrest warrant authorizing the arrest of BRANDON JAMAR SIMPSON for violating 18 U.S.C. 875(c) (threatening communications). As a federal law enforcement officer, I am authorized to execute arrest warrants under Rule 4(c)(1) of the *Federal Rules of Criminal Procedure.*

2. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have served in that capacity since August 2021. I am currently assigned to the Birmingham Division, Florence Resident Agency, where I investigate violations of federal law, including but not limited to, violent incident crimes, kidnappings, violent crimes against children, Civil Rights violations, and investigations involving threatening communications.

3. I received comprehensive training at the FBI Academy in Quantico, Virginia, including instruction in Fourth Amendment searches, the drafting of search

warrant affidavits, probable cause, and other investigative and legal matters relevant to federal criminal investigations.

4. Prior to my employment with the FBI, I served approximately five-and-a-half years with the Missouri State Highway Patrol ("MSHP"). During my tenure with the MSHP, I was a member of the Major Case Squad and completed two internships with the MSHP Division of Drug and Crime Control. Throughout my law enforcement career, I have assisted in numerous investigations, including homicide, sexual assault, narcotics offenses, and child exploitation cases.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all of my knowledge, nor all available evidence, about this matter.

## STATUTORY AUTHORITY

6. It is a federal crime to "transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another." 18 U.S.C. § 875(c).

## PROBABLE CAUSE

7. Beginning in March 2025, the FBI National Threat Operations Section (NTOS) and the Exigent Threat Research and Analysis Crisis Team (EXTRACT)

received multiple reports of violent threats posted from two Facebook accounts using variations of the name "Sam Mchills." These threats were posted over a period of approximately fifteen months, including on March 15–16, 2025; May 22, 2025; October 13, 2025; and June 11, 2026.

8. On March 15, 2025, at approximately 10:18 p.m., Meta Platforms, Inc. ("Meta") voluntarily provided emergency disclosure records (EDR) containing threats posted by the account "Sam Mchills."

9. Between approximately 8:50 p.m. and 9:53 p.m., the account posted numerous threats, to include:

- **Timestamp:** 2025-03-16 8:50:18
- **Post:** YALL FINA DIE

- **Timestamp:** 2025-03-16 8:53:43
- **Post:** C[.]S[.] IS DEAD THAT DUDE DEAD

- **Timestamp:** 2025-03-16 8:54:33
- **Post:** IMA KILL THAT BITCH !

- **Timestamp:** 2025-03-16 9:09:08
- **Post:** HE FUCKING DEAD IMA FINA POP HIM MULTIPLE TIMES IN THE FACE AN FIRST BABY MOMMA YOU FINA GET SHOT IN HEAD AFTERWARDS SOON I GET DONE BOTH OF YALL AN MY FUCKING MOMMA FINA SHOT IN FACE AS WELL AS SON IM SICK OF YALL BITCH'ES OVER THERE ONE OF YALL FUCKING DEAD SWEAR TOO GOD ! YALL TOUCH MY CHILD IMA KILL ONE OF YALL BITCH'ES REAL FAST !

- **Timestamp:** 2025-03-16 9:09:55

- **Post:** C[.] SHOT IN THE FUCKING FACE MULTIPLE TIMES YOU RESTARTED STUIP BITCH U NEED TO BE KILT !

- **Timestamp:** 2025-03-16 9:16:37
- **Post:** I'ma KILL That Mother Fucking Boy It's Always Some FUCKING Mess Here Stuip Mother Fucker's All Y'all Do Here Is Do FUCK SHIT HERE ! ONE OF YALL POP !

- **Timestamp:** 2025-03-16 9:16:52
- **Post:** IMA PULL TRIGGER ON YOU ! IM SICK OF YALL MOTHER FUCKER'S ONE OF YALL SHOT HERE SWEAR TOO GOD THEM BITCH'ES GET SHOT IN DECATUR ALABAMA DEFINITELY YALL BITCH'ES OVER THERE TIED TOUCH MY CHILD IMA POP YO DICK OFF ! NOW KEEP PLAYING WITH ME ONE OF THEM DEAD ALREADY START WITH [redacted] [redacted] THAT BITCH WELL FUCKING DEAD !

- **Timestamp:** 2025-03-16 9:26:22
- **Post:** THEY GETTING GUNS SHOT'S TONIGHT IN DECATUR ALABAMA TIME I GET THERE ION GIVE A FUCK WHO DONT LIKE IT [redacted] POP OVER THERE !

- **Timestamp:** 2025-03-16 9:28:25
- **Post:** YOU GET SHOT BY ME THAT BITCH IS WELL DEAD !

- **Timestamp:** 2025-03-16 9:30:50
- **Post:** I DONE FUCKING TOLD YOU TELL YO FUCKING FAMILY I DON'T GET MY GOT DAMN MONEY OUT U GONE DIE BITCH MR [redacted] [redacted] ILL KILL HIM ! YOU GETTING GUN SHOT'S TONIGHT ION GIVE A FUCK WHAT I GET OVER THERE MY 9mm POPPING !

- **Timestamp:** 2025-03-16 9:33:35
- **Post:** THAT GOT DAMN BOY DEAD IN THE DECATUR AL MR [redacted] [redacted] THAT BOY DEAD HE GETTING GUN SHOT'S!

- **Timestamp:** 2025-03-16 9:49:50

- **Post:** IM TIRED OF THEM OVER THERE YOU GETTING GUN SHOT'S TONIGHT TOMORROW MATTER OF FACT THE REST OF THE WEEK NIGGA ONE OF THEM SHOT ALL THE WAY UP!

- **Timestamp:** 2025-03-16 9:51:55
- **Post:** THEY GETTING GUN SHOT'S TONIGHT !

- **Timestamp:** 2025-03-16 9:53:44
- **Post:** MY SAID OK I KNOW IT O FUCKING K BITCH I AIN'T PLAYING WITH YOU !

10. On March 16, 2025, an FBI personnel member submitted an EDR to Google for the specific Gmail email address associated with the account. Google responded, identifying the associated phone number ending in -7904. AT&T then responded to an EDR for the -7904 number with subscriber information identifying SIMPSON and his associated home address in Hillsboro, Alabama, in Lawrence County.

11. On May 22, 2025, FBI NTOS and EXTRACT received another emergency disclosure from Meta. Between approximately 10:48 p.m. and 11:46 p.m., the account belonging to Simpson posted additional threats, to include:

- **Timestamp:** 2025-05-22 10:48:18
- **Post:** LET'S THAT MFR SHOULD BE DEAD !

- **Timestamp:** 2025-05-22 10:46:41
- **Post:** NOW YO BITCH ASS GOT POLICE LIGHT'S EVERYWHERE RAGLEY BRAIN HEAD ASS MOTHER FUCKER I'LL KILL YO BITCH ASS NIGGA TWICE NOW INBOX SOMEBODY ELSE YOU SHOT AT AGAIN MFR ! IMA KILL YO ASS INBOX SOMEBODY ELSE IMA PUT A BULLET IN YO

BRAIN LIKE I JUS TRIED TOO MFR I AIN'T PLAYING WITH YOU IN NO WAY !

- **Timestamp:** 2025-05-22 10:34:37
- **Post:** I SHOT THREW YO SHIT BITCH I HOPE I HIT YOU MFR !

- **Timestamp:** 2025-05-22 10:23:58
- **Post:**: I TOLD YOU BITCH I DON'T PLAY NOW YOU SHOT THE FUCK UP ! POP THAT BITCH !

- **Timestamp:** 2025-05-22 10:48:32
- **Post:** IM HITTING YOU MULTIPLE TIME'S I'M ON MY WAY NOW TIME I GET THERE IM OPENING FIRE THREW YO SHIT!

12. Meta also provided subscriber information for Brandon Simpson, specifically his date of birth and a phone number ending in -1640

13. On October 13, 2025, at 12:34 a.m. EDT, NTOS and EXTRACT received a voluntary emergency disclosure of information from Meta regarding Facebook user SIMPSON making a threat to shoot an unknown victim and a "Mr. T[.]"

14. On October 13, 2025, Meta again provided emergency disclosure records showing SIMPSON sent a message threatening to shoot an individual and "Mr. T[.],"  including the statement:

- IM SHOOTING YOU UP I OPEN ON 6 Ave BEFORE ON YOU AND MR T[.]IN THE IN DAY TIME ROUND 2

15. Meta confirmed the same subscriber information for SIMPSON.

16. On June 3, 2026, SIMPSON was arrested and charged with Domestic Violence, Second Degree (Stalking) in Madison County, Alabama. Specifically, deputies with the Madison County Sheriff's Office responded to an active domestic violence

report and arrested SIMPSON during a traffic stop after he allegedly followed his ex-girlfriend in a car and threatened to shoot her in Meridianville, Alabama. Deputies reported that SIMPSON was traveling at a "high rate of speed" prior to the stop and that they located a loaded 9mm pistol near the driver's side armrest upon his arrest.

17. On June 11, 2026, at approximately 1:25 a.m., FBI NTOS and EXTRACT received another disclosure from Meta concerning the "Sam Mchills" account. Between approximately 1:01 a.m. and 1:34 a.m., SIMPSON posted the following threats:

- **Timestamp:** June 11, 2026 at 1:01:03
- **Post:** THEY GOT SHOT AT ON 565 AND ON 6 AVE IN DECATUR IMA KILL THEM MOTHER FUCKER'S THEY TRYING TARE MY CAR APART M[.] HEARD ALL OF IT IM OPEN FIRE TWO WOMEN WHITE HONDA I STOP MY CAR ON 565 AN GOT MY RIFLE OUT AND RAN THEM DOWN TRYING TO RUN A WHITE SAW IT ALL !

- **Timestamp:** June 11, 2026 at 1:34:28
- **Post:** RE LOAD MY FUCKING GUN IM KILLING HERE ! GIRL OR NOT !

18. Meta further provided two different screenshots showing publicly accessible threats posted on the account user's page and directed toward L/T.C. (hereinafter "Victim 1"), specifically: "IS [L./T.C.] IN THE DEATUR !" and "SHE FUCKING DEAD HERE MAN ! THAT BITCH THERE GONE DIE !"




19. The second screenshot included the following verbatim posts:

"I KNOW EXACTLY WHAT YO CAR LOOK LIKE !"
"THE DRIVER DEAD IMA THAT BITCH I KNOW EXACTLY WHAT YO CAR LOOK LIKE IMA KILL HER ASS BRIGHT DAY LIGHT !"
"THEY GETTNG KILL !"
"IM KILLING HERE !"




20. On June 11, 2026, a Captain with the Lawrence County Sheriff's Office (LCSO) and an FBI Task Force Officer (TFO), interviewed Victim 1 telephonically. Victim 1 stated she previously knew SIMPSON through Facebook. She reported receiving threats from him and receiving multiple friend requests from accounts with similar profile photos to "Sam Mchills." After hearing the threats disclosed by Meta, the Victim stated she feared for her life and wished to pursue criminal charges and obtained a state misdemeanor warrant.

21. On July 7, 2026, AT&T responded to a federal Grand Jury subpoena identifying SIMPSON and his associated —7904 number.

22. On September 3, 2026, at approximately 2:51 a.m. Eastern Daylight Time, the FBI NTOS Extract received a voluntary emergency disclosure of information from Meta regarding Facebook user account "sam.won.920967."

23. The disclosed information indicated that Facebook user "sam.won.920967" had posted several threatening messages, including: "WAIT UNTIL TOMORROW IMA KILLING YOU SOON I SEE YOU!", "TOWN OF BABY MAMMA'S ITS BEST YOU GET IT OFF MY NAME NOW OR YOU FUCKING SUED! 😡 ☹️", and "LET ME DROP YOU CUZ YOU DEAD HERE!"

24. NTOS Extract conducted a review of the emergency disclosure and identified the probable user of the Facebook account as SIMPSON and provided his date of birth and known address in Lawrence County, Alabama.

25. Facebook is an internet-based internationally accessible social media platform operated by Meta, a corporation headquartered in Menlo Park, California. Facebook provides its services to users throughout the United States and internationally through internet-based communications and computer systems. Based on my training and experience, communications and other activity conducted through Facebook may be transmitted through, processed by, or stored on computer systems located outside the state in which a user is physically located. The internet and Facebook, as a social media platform, are also facilities and means of interstate and foreign commerce. Furthermore, although there are Meta servers located in Alabama, the June 11, 2026,

threats were posted publicly, such that anyone with a Facebook account could view and access them. Accordingly, SIMPSON transmitted his threat in interstate and/or foreign commerce.

## CONCLUSION

26. There is probable cause to believe that SIMPSON made the June 11, 2026 Facebook posts and that they were true threats of death or serious bodily injury made intentionally, or at least with reckless disregard that they would be interpreted as such. Accordingly, he has violated 18 U.S.C. § 875(c) as charged in the accompanying criminal complaint.

27. I further request that the Court order that all papers in support of this complaint, including the affidavit and the complaint, be sealed until SIMPSON's arrest to ensure officer safety and his timely apprehension.

Respectfully submitted,

RYAN WINDHAM Digitally signed by RYAN WINDHAM Date: 2026.09.08 17:45:19 -05'00'

Ryan J. Windham
Special Agent
Federal Bureau of Investigation

Subscribed electronically and sworn to telephonically before me this 8th day of September, 2026.

Herman N. Johnson, Jr. Digitally signed by Herman N. Johnson, Jr. Date: 2026.09.08 17:52:50 -05'00'

Herman N. Johnson, Jr.
United States Magistrate Judge